THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Alfred Outen, Appellant.
 
 
 

Appeal from Richland County
 Alison Renee Lee, Circuit Court Judge
Unpublished Opinion No. 2007-UP-454
Submitted October 1, 2007  Filed October
 10, 2007    
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, of Columbia; and Warren B. Giese, also of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Alfred Outen pled guilty to second-degree burglary and petit larceny.  He
 received five years for second-degree burglary and thirty days, concurrent, for
 petit larceny.  On appeal, Outen alleges the plea judge erred in accepting his plea
 without fully advising him of the constitutional rights he waived by pleading
 guilty.  Outen did not file a pro se brief.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., HUFF
 and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.